RAMÓN CABRERA MUÑOZ y OTRA, demandantes y recurrentes, *v.* FLORIDA LUGGAGE CORPORATION y OTROS, demandados y recurridos.

*Número:* CE-95-58          *Resuelto:* 6 de octubre de 1995

*Myrna E. López Colón,* abogada de la parte recurrente.

## RESOLUCIÓN

A la anterior petición de *certiorari, no ha lugar.*

La nueva Ley de la Judicatura de Puerto Rico de 1994 —Ley Núm. 1 de 28 de julio de 1994 (4 L.P.R.A. sec. 22 *et seq.*)— creó el Tribunal de Circuito de Apelaciones y consolidó en un sólo Tribunal de Instancia las secciones del Superior y de Distrito.

Este ordenamiento exige una mayor rigurosidad en la práctica apelativa ante este Tribunal en lo referente a la doctrina vigente sobre frivolidad y temeridad y a la consabida imposición de sanciones o de honorarios de abogados.

Apercibimos a los abogados de que, en el futuro, los recursos frívolos estarán expuestos a tales sanciones.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
          *Secretario General*